No. 428. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *B. D. Murphy* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Harold D. Cohen* for the United States.

No. 437. MILES ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Louis M. Hopping* for petitioners. *Solicitor General Perlman* and *Robert S. Erdahl* for the United States.

No. 503. FOSTER ET AL. *v.* MEDINA. C. A. 2d Cir. Certiorari denied. Motion for a stay also denied: *Charles H. Houston, Richard Gladstein, Harry Sacher, Abraham J. Isserman* and *George W. Crockett, Jr.* for petitioners.

No. 54, Misc. GARITY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 282, Misc. PEAKER *v.* OKLAHOMA. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 286, Misc. WILSON *v.* HUDSPETH, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 98, Misc. DONNELL *v.* MISSOURI, *ante,* p. 862. Motion for leave to file petition for rehearing denied.

No. 214, Misc. SHOTKIN *v.* PERKINS ET AL., *ante,* p. 888. Rehearing denied.

No. 219, Misc. SHOTKIN *v.* BURKE ET AL., *ante,* p. 888. Rehearing denied.